# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. GUTIERREZ, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL SOLUTIONS GROUP, INC., et al.,<br><br>Defendants. | Case No.17-cv-04976-SK<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 14 |

Plaintiff, having advised the court that the appearing parties have agreed to the dismissal of the entirety of this case, **IT IS HEREBY ORDERED** that the case is **DISMISSED WITH PREJUDICE.** The Clerk is instructed to close the file.

Dated: November 21, 2017

_____
SALLIE KIM
United States Magistrate Judge